COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Jason Alfred
P.P.C.C.  Bayou D 407U DOC No. 262546
P.O. Box 650
Pine Prarie, LA 70576

**REHEARING ACTION: July 17, 2013**

**Docket Number: 12   01177-KH**

**STATE OF LOUISIANA
VERSUS
JASON ALFRED**

**Writ Application from Evangeline Parish Case No. 262546**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Billy Howard Ezell
Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jason Alfred** has this day been

    **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent